1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7230
        david.ward@usdoj.gov
8
   Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 23-MJ-71566 MAG |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| ANGIE LIZBETH CRUZ-CHAVEZ, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Complaint against ANGIE LIZBETH CRUZ-CHAVEZ and moves that the Court quash the arrest warrant issued in connection with the Complaint in this case against CRUZ-CHAVEZ.

DATED: October 20, 2023                    Respectfully submitted,

                                           ISMAIL J. RAMSEY
                                           United States Attorney


                                            */s/ Matthew Yelovich*
                                           MATTHEW YELOVICH
                                           Deputy Chief, Criminal Division

Leave is granted to the government to dismiss the Complaint against ANGIE LIZBETH CRUZ-CHAVEZ. It is further ordered that the arrest warrant issued in connection with the Complaint in this case is quashed. The defendant is ordered released from custody FORTHWITH.

Date: _____

HON. LISA J. CISNEROS
United States Magistrate Judge

NOTICE OF DISMISSAL
No. 23-MJ-71566 MAG                                       v. 8/4/2021