ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> FAX: (415) 436-7230
> david.ward@usdoj.gov

Attorneys for United States of America

```
FILED
Oct. 20, 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGIE LIZBETH CRUZ-CHAVEZ, <br><br> Defendant. | NO. 23-MJ-71566 MAG <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Complaint against ANGIE LIZBETH CRUZ-CHAVEZ and moves that the Court quash the arrest warrant issued in connection with the Complaint in this case against CRUZ-CHAVEZ.

DATED: October 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ Matthew Yelovich*
MATTHEW YELOVICH
Deputy Chief, Criminal Division

Leave is granted to the government to dismiss the Complaint against ANGIE LIZBETH CRUZ-CHAVEZ. It is further ordered that the arrest warrant issued in connection with the Complaint in this case is quashed. The defendant is ordered released from custody FORTHWITH.

Date: October 20, 2023

HON. LISA J. CISNEROS
United States Magistrate Judge